UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BROOKS,<br><br>                        Plaintiff,<br><br>v.<br><br>TARSADIA HOTELS, 5th ROCK, LLC, MKP ONE, LLP, TUSHAR PATEL, B.U. PATEL, GREGORY CASSERLY, PLAYGROUND DESTINATION PROPERTIES, INC. AND DOES 1-50,<br><br>                        Defendants. | Case No.: 18cv2290-GPC(KSC)<br><br>**ORDER DENYING PLAINTIFF'S SECOND REQUEST TO AMEND OR MODIFY COURT ORDER**<br><br>**[Dkt. No. 124.]** |

Before the Court is Plaintiff Jason Brook's second request to amend or modify the Court's order directing Clerk of Court to release Settlement funds. (Dkt. No. 124.)

On July 8, 2021, the Court directed the Clerk of Court to release the settlement funds[1] in the Court's Registry to Plaintiff at his then current address at the Sterling Correctional Facility in Sterling, Colorado. (Dkt. No. 119.) On August 3, 2021, Plaintiff filed a request to modify the Court's order releasing settlement funds to his current

---

[1] The settlement funds were based on a settlement reached by the parties that resolved claims against Defendants for violations of the Interstate Land Sales Full Disclosure Act ("ILSA") and other related claims arising out of Plaintiff's purchase of a residential condominium unit in San Diego. (Dkt. No. 47.)

1

location of incarceration and directing the Clerk of Court to send his settlement proceeds to his parole address since he expected to be released on August 16, 2021. (Dkt. No. 121.) On August 5, 2021, the Court denied his request as premature because he had not yet been released from parole. (Dkt. No. 122.)

In this second request, Plaintiff asks the Court to direct the Clerk of Court to release the settlement funds to his current paroled location since he was released on August 16, 2021. (Dkt. No. 124.) In support of his request, he again challenges the Court's prior ruling on constitutional grounds but they have no bearing on whether the Court can re-direct the Clerk of Court to release settlement funds that have already been sent to the Sterling Correctional Facility. The Court has been informed by the Clerk of Court that the settlement funds have been received by the Sterling Correctional Facility and forwarded to the parole office.

## Conclusion

Accordingly, the Court DENIES Plaintiff's second request to modify the Court's order directing the Clerk of Court to send the settlement proceeds to his current address.

IT IS SO ORDERED.

Dated: September 28, 2021

Hon. Gonzalo P. Curiel
United States District Judge